**DEBAUN v. KUSZAJ**

[367 N.C. 210 (2013)]

| | | |
|---|---|---|
| BRYAN DEBAUN | ) | |
| | ) | |
| v. | ) | Durham County |
| | ) | |
| | ) | |
| DANIEL J. KUSZAJ, A/K/A D. J. | ) | |
| KUSZAJ, A DURHAM POLICE | ) | |
| OFFICER IN HIS INDIVIDUAL AND | ) | |
| OFFICIAL CAPACITY; AND CITY OF | ) | |
| DURHAM, NORTH CAROLINA | ) | |

No. 386P13

## ORDER

Upon consideration of the Petition for Discretionary Review filed by plaintiff on the 6th day of September 2013, the Petition is ALLOWED for the limited purpose of remanding to the Court of Appeals for reconsideration in light of *Craig ex rel. Craig v. New Hanover County Board of Education*, 363 N.C. 334, 678 S.E.2d 351 (2009).

By Order of this Court in Conference, this 18th day of December, 2013.

s/ Beasley, J.
For the Court